Court of Appeals
Fourth Court of Appeals District of Texas
San Antonio



## MEMORANDUM OPINION

No. 04-11-00534-CR

**IN RE** Eric Anthony **CANTU**

Original Mandamus Proceeding[1]

PER CURIAM

Sitting:      Catherine Stone, Chief Justice
                 Phylis J. Speedlin, Justice
                 Marialyn Barnard, Justice

Delivered and Filed:  August 3, 2011

PETITION FOR WRIT OF MANDAMUS DENIED

On July 26, 2011, relator Eric Anthony Cantu filed a petition for writ of mandamus, complaining of the trial court's failure to rule on his *pro se* "motion to accumulate all previously served incarceration time." However, relator is still represented by appointed counsel in the criminal proceeding pending in the trial court for which he is currently confined. A criminal defendant is not entitled to hybrid representation. *See Robinson v. State*, 240 S.W.3d 919, 922 (Tex. Crim. App. 2007); *Patrick v. State*, 906 S.W.2d 481, 498 (Tex. Crim. App. 1995). A trial court has no legal duty to rule on *pro se* motions or petitions filed with regard to a criminal proceeding in which the defendant is represented by counsel. *See Robinson*, 240 S.W.3d at 922. Consequently, the trial court did not abuse its discretion by declining to rule on relator's *pro se*

---

[1] This proceeding arises out of Cause No. 2011-CR-2001, styled *State of Texas v. Eric Anthony Cantu*, in the 226th Judicial District Court, Bexar County, Texas, the Honorable Sid L. Harle presiding.

motion filed in the criminal proceeding pending in the trial court.  Accordingly, the petition for writ of mandamus is denied.  TEX. R. APP. P. 52.8(a).

PER CURIAM

DO NOT PUBLISH